AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:13-M -02505(1) |
| | § | |
| (1) Adan Gabriel Covarrubias-Estrada | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 23, 2013** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On February 23, 2013, the defendant, Adan Gabriel COVARRUBIAS-Estrada, a native and citizen of Mexico, was arrested near Eagle Pass, Texas. Subsequent investigation revealed that the defendant is an alien illegally present in the United States. The Defendant last entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, near Eagle Pass, Texas."*

Continued on the attached sheet and made a part of hereof:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

02/26/2013 _____     at   DEL RIO, Texas _____
File Date                                         City and State

VICTOR ROBERTO GARCIA _____     _____
U.S. MAGISTRATE JUDGE                      Signature of Judicial Officer

AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:13-M -02505(1) - VRG |
| | § |
| (1) Adan Gabriel Covarrubias-Estrada | § |

**JUDGEMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Adan Gabriel Covarrubias-Estrada, was presented by counsel, Martin Everett Underwood.

The defendant pled guilty to the complaint on February 27, 2013. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | February 23, 2013 |

As pronounced on February 27, 2013, the defendant is hereby commited to the custody of the United States Bureau of Prisons for a term of 30 days with credit for time already served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remited pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgement are fully paid.

Filed and Signed on this the 28th day of February, 2013.


_____
VICTOR ROBERTO GARCIA
U.S. MAGISTRATE JUDGE


Arresting Agency: DRBP - Del Rio Border Patrol
USM#: 12544380

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./DIV. CODE<br>TXW | 2. PERSON REPRESENTED<br>(1) Adan Gabriel Covarrubias-Estrada | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT/DEF. NUMBER<br>DR:13-M -02505(1) | 4. DIST.DKT./DEF.NUMBER | 5. APPEALS DKT./DEF.NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. vs. (1) Adan Gabriel Covarrubias-Estrada | 8. PAYMENT CATEGORY<br>Petty Offense | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | 10. REPRESENTATION TYPE<br>Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more thatn one offense, list (up to five) major offenses chargd, according to severity of offense.
8 USC 1325(a)(1) - IMPROPER ENTRY BY AN ALIEN8 USC 1325(a)(1)

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix),
   AND MAILING ADDRESS
Underwood, Martin Everett
PO Box 966Comstock Saloon Building
Comstock, TX 78837

Telephone Number: (432) 292-4560

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

13. COURT ORDER

[X] O Appointing Counsel    [ ] C Co-Counsel
[ ] F Subs for Federal Defender    [ ] R Subs for Retained Attorney
[ ] P Subs for Panel Attorney    [ ] Y Standby Counsel
Prior Attorney's Name: _____
   Appointment Date: _____
[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 12 is appointed to represent this person in this case, OR
[ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
02/26/2013
Date of Order     Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment    [ ] YES    [ ] NO

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. IN COURT a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ ___ ) TOTALS: | | | | | |
| 16. OUT a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $ ___ ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE

   FROM: _____ TO: _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS    [ ] Final Payment    [ ] Interim Payment Number _____    [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] YES [ ] NO   If yes, were you paid? [ ] YES [ ] NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? [ ] YES [ ] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____    Date _____

APPROVED FOR PAYMENT -- COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|

28. SIGNATURE OF THE PRESIDING JUDGE    DATE    28a. JUDGE CODE

| 29. IN COURT COMP. | 30. OUT OF COURT COMP | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|

34. SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount.    DATE    34a. JUDGE CODE